**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth W. Reed, ) | No. CV 04-2755-PHX-JAT |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora B. Schriro, et al., ) | |
| Respondents. ) | |

IT IS ORDERED that Petitioner's motion to reconsider (Doc. #50) the order on his motion for relief from judgment (motion at Doc. #41, Order at Doc. #48) is denied. *See Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.,* 99 F.R.D. 99, 101 (E.D. Va. 1983) (reconsideration cannot be used to ask the Court "to rethink what the court ha[s] already thought through").[1]

DATED this 19th day of August, 2009.

James A. Teilborg
United States District Judge

---

[1] To the extent Petitioner argues that this Court should have sua sponte recused based on the Court's previous rulings against Petitioner, "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion;" and the Court does not find recusal to be necessary in this case. *See Liteky v. United States*, 510 U.S. 540, 555 (1994)